Matter of Thomas v Melville (2024 NY Slip Op 05388)

Matter of Thomas v Melville

2024 NY Slip Op 05388

Decided on October 31, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 31, 2024

CV-24-0594
[*1]In the Matter of Donald Thomas, Petitioner,
v
D.S.S. Melville, as Deputy Superintendent of Security, Eastern Correctional Facility, Respondent.

Calendar Date:October 4, 2024

Before:Aarons, J.P., Lynch, Ceresia, McShan and Powers, JJ.

Donald Thomas, Woodbourne, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Superintendent of Eastern Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.
Determination confirmed. No opinion.
Aarons, J.P., Lynch, Ceresia, McShan and Powers, JJ., concur.
ADJUDGED that the determination is confirmed, without costs, and petition dismissed.